UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WESCOM CREDIT UNION,<br><br>    Defendant. | No. 2:25-cv-01602-TLN-SCR<br><br>**ORDER** |

      Plaintiff Laura Ramirez ("Plaintiff") is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

      On October 10, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the record and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed October 10, 2025 (ECF No. 5), are adopted in full;

1	     2.  This action is dismissed, without prejudice, for failure to effect service pursuant to
2	Federal Rule of Civil Procedure 4(m); and
3	     3.  The Clerk is directed to close this case.
4	     IT IS SO ORDERED.
5	Date: December 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2